NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1539

ABRAXIS BIOSCIENCE, INC.,

Plaintiff-Appellee,

v.

NAVINTA LLC,

Defendant-Appellant.

Appeal from the United States District Court for the District of New Jersey in case no. 07-CV-1251, Judge Joel A. Pisano.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Navinta LLC submits a letter requesting that the court expedite assignment of this case to an argument calendar.

Upon consideration thereof,

IT IS ORDERED THAT:

The case will be placed on the June 2010 calendar.

FOR THE COURT

MAR 1 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Richard de Bodo, Esq.
     Meredith Martin Addy, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2010

JAN HORBALY
CLERK